IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01062-ZLW-BNB

THE QUIZNO'S MASTER LLC and
THE QUIZNO'S FRANCHISE COMPANY LLC,

    Plaintiffs,

v.

R&B MANAGEMENT GROUP, LLC, an Alabama limited liability company,
ROYCE GWIN, an individual, and
REBECCA GWIN, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: August __30__, 2005

    It is ORDERED that Defendants' Unopposed Motion To File Corrected Defendants' Response To Plaintiffs' Motion is granted, and Defendants' Corrected Response To Plaintiffs' Motion For Leave To Amend Answer is accepted for filing.