IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1062-ZLW-BNB

THE QUIZNO'S MASTER LLC and
THE QUIZNO'S FRANCHISE COMPANY LLC,

     Plaintiffs,

v.

R&B MANAGEMENT GROUP, LLC, an Alabama limited liability company,
ROYCE GWIN, an individual, and
REBECCA GWIN, an individual,

     Defendants.

## ORDER

This matter came before the Court on October 11, 2005, for a hearing on Plaintiffs' Motion or Judgment (sic) (Doc. #88), treated as a motion for summary judgment.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

ORDERED that Plaintiffs' Motion For Judgment (sic) is granted as to Defendants' counterclaim for breach of contract to the extent that it is based on an alleged oral modification.  It is

FURTHER ORDERED that the motion otherwise is denied.

DATED at Denver, Colorado, this   12   day of October, 2005.

BY THE COURT:


s/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court