IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01062-ZLW-BNB

THE QUIZNO'S MASTER LLC and
THE QUIZNO'S FRANCHISE COMPANY LLC,

      Plaintiffs,

v.

R&B MANAGEMENT GROUP, LLC, an Alabama limited liability
company,
ROYCE GWIN, an individual, and
REBECCA GWIN, an individual,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: December   14  , 2005


      It is ORDERED that the Motion To Withdraw Dennis Kaw, Esq. As One Attorney Of Record For Defendants is granted, and attorney Kaw is allowed to withdraw.  The Court notes that Defendants continue to be represented by Eldon E. Silverman. It is

      FURTHER ORDERED that counsel shall note D.C.COLO.LCivR 83.3B.  An entry or entries of appearance must be by an individual or individuals, not a law firm.