IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1062-ZLW-BNB

THE QUIZNO'S MASTER LLC and
THE QUIZNO'S FRANCHISE COMPANY LLC,

     Plaintiffs,

v.

R&B MANAGEMENT GROUP, LLC, an Alabama limited liability company,
ROYCE GWIN, an individual, and
REBECCA GWIN, an individual,

     Defendants.

## ORDER

On the morning of trial on February 24, 2006, counsel advised the Court that this case had settled. It is, therefore,

ORDERED that the ongoing trial is vacated. It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before March 15, 2006. If by that date settlement papers have not been received by the Court, on March 22, 2006, the case, including all counterclaims herein, will be dismissed without prejudice.

DATED at Denver, Colorado, this __24__ day of February, 2006.

BY THE COURT:

_Zita L. Weinshienk_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court