IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1062-ZLW-BNB

THE QUIZNO'S MASTER LLC and
THE QUIZNO'S FRANCHISE COMPANY LLC,

    Plaintiffs,

v.

R&B MANAGEMENT GROUP, LLC, an Alabama limited liability company,
ROYCE GWIN, an individual, and
REBECCA GWIN, an individual,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    The matter before the Court is a Joint Motion To Dismiss Action With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

    ORDERED that the Joint Motion To Dismiss Action With Prejudice is granted.  It is

    FURTHER ORDERED that the Complaint and cause of action, including all claims and counterclaims therein, are dismissed with prejudice, the parties to pay their own reasonable attorney's fees and costs.

    DATED at Denver, Colorado, this  29  day of March, 2006.

    BY THE COURT:

    _____
    ZITA L. WEINSHIENK, Senior Judge
    United States District Court